UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREW SCOTT,

                           Petitioner,                    20-CV-7809 (ALC)(SN)

          -against-                                                 **ORDER**

LETITIA JAMES,

                           Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 5, 2021, the Honorable Andrew L. Carter denied Petitioner's motion to stay the habeas petition in abeyance without prejudice and directed Petitioner to submit a reply in further support of his habeas petition by May 5, 2021. See ECF No. 13. Petitioner is granted an extension of time to file his reply brief no later than June 17, 2021. In that submission, Petitioner should indicate whether he has filed any application in state court with respect to his second and sixth claims and, if so, provide the Court with the nature of that application, the court in which it was filed, and any state court index numbers. Upon such submission to this Court, the Court will consider whether a stay is appropriate.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 18, 2021
                New York, New York