UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREW SCOTT,

                Petitioner,

    -against-

LETITIA JAMES,

                Respondent.

------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/20/2024 |

20-CV-7809 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court held a conference with the parties on September 20, 2024, to discuss the status of Petitioner's § 440 motion in state court related to his excessive sentencing claim. As Petitioner has not filed a § 440 motion in state court no further stay of Petitioner's habeas petition is warranted. The Court orders that the Respondent re-serve the response to Petitioner's Petition for Writ of Habeas Corpus, ECF No. 11, and provide the Court with an affidavit of service. Petitioner appears to have filed a reply to Respondent's response on August 9, 2021. ECF No. 20. The Court has included a copy of that reply with this Order. To the extent that Petitioner would like to incorporate additional information to the already filed reply, he has leave of the Court to do so. Petitioner's reply, with any additional information, shall be filed by November 19, 2024. At that time the matter will be deemed fully submitted before the Court.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     September 20, 2024
               New York, New York