UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ANDREW SCOTT,                                         :

                             **Petitioner,**                         :

                                            :    **1:20-cv-07809 (ALC) (SN)**

  -against-                                         :

LETITIA JAMES,                                       :    <u>ORDER ADOPTING</u>
<u>REPORT AND</u>
                                            :    <u>RECOMMENDATION</u>

                                            :

                         **Respondent.**                          :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On September 22, 2020, Petitioner Andrew Scott filed a Petition for Writ of Habeas Corpus. ECF No. 2. On October 1, 2020 this matter was referred to United States Magistrate Judge Sarah Netburn. ECF No. 6. On February 25, 2021, the Government filed a Response. ECF No. 11. Petitioner filed his Reply on August 9, 2021. ECF No. 20.

On September 22, 2025, Judge Netburn issued a report and recommendation ("R&R"), recommending that Petition for Writ of Habeas Corpus be denied in its entirety and gave the Parties until October 6, 2025 to object. Petitioner's absence from the email correspondence regarding evidence and potential testimony of trial witnesses did not violate his Due Process rights. *Id.* at 12-20. Trial counsel's failure to object to the prosecution's summation did not fall below an objective standard of reasonableness or prejudice Petitioner. *Id.* at 21-23. There are no grounds for the Court to grant habeas with respect to Petitioner's Fourth Amendment claim. *Id.* at. 23-27. Petitioner does not sufficiently assert an Eighth Amendment violation. *Id.* at 33-35.

On October 6, 2025, Respondents filed a short response agreeing with Judge Netburn's R&R but asking the Court to consider all of its arguments in its Memorandum of Law. ECF No. 38. Petitioner did not object. Because the Court finds no clear error in the record, the Court rests on Judge Netburn's R&R and adopts it in its entirety. The Clerk of Court is respectfully directed to terminate this case.

1

**SO ORDERED.**
**Dated: March 17, 2026**

      **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

2