UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW SCOTT,

                  Petitioner,              20 **CIVIL** 7809 (ALC)(SN)

      -against-                          **<u>JUDGMENT</u>**

LETITIA JAMES,

                  Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 17, 2026, because the Court finds no clear error in the record, the Court rests on Judge Netburn's R&R and has adopted it in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
       March 18, 2026

                               **TAMMI M. HELLWIG**
                           _____
                               **Clerk of Court**

          **BY:**              K. mango

                               _____
                               **Deputy Clerk**